| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Marvin Cates<br>                Plaintiff,<br>v.<br>Syngenta Crop Protection, LLC, et al.<br>                Defendant, | Court File Number<br>0:21-cv-01106<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware    } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Crop Protection, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252475 1800

Re: 6146-001 (Cates)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Marvin Cates
                  Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.
                  Defendant,

Court File Number
0:21-cv-01106

**AFFIDAVIT OF SERVICE**

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252476 1801

Re: 6146-001 (Cates)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Marvin Cates<br>                    Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al.<br>                    Defendant, | Court File Number<br>0:21-cv-01106<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware   )<br>
County of New Castle ) SS

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021      _____
                     Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252477 1802

Re: 6146-001 (Cates)



legal support specialists since 1969

330 2nd Avenue South, Suite 150<br>
Minneapolis, MN 55401<br>
(800) 488-8994<br>
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Marvin Cates<br>　　　　　　　　　Plaintiff,<br>v.<br>Syngenta Crop Protection, LLC, et al.<br>　　　　　　　　　Defendant, | Court File Number<br>0:21-cv-01106<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware　) SS
County of New Castle )

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021　
　　　　　　　　　　　　　　　Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.


legal support specialists since 1969

Serial # GUSGL 252478 1803

Re: 6146-001 (Cates)

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

UNITED STATES DISTRICT COURT                           DISTRICT OF MINNESOTA

Marvin Cates                                        Court File Number
                Plaintiff,                              0:21-cv-01106

v.                                                               **AFFIDAVIT OF SERVICE**

Syngenta Crop Protection, LLC, et al.
                         Defendant,

State of Pennsylvania } ss
County of Cumberland }

I, **Michelle Guyton**, state that on
(Name of Server)

**5 / 3** /2021 at **11 : 43 A** M, I served the:
(Date of Service)    (Time of Service)

    Summons & Complaint

upon: Chevron U.S.A., Inc.

therein named, personally at:     Corporation Service Company
                                                2595 Interstate Drive, Suite 103
                                                Harrisburg, PA 17110

by handing to and leaving with:
**Dave Bukowski**                   Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                      Dated: **5 / 5** /2021           _____
                                                                   (Signature of Server)

                                                                Michelle Guyton
                                                               (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252479 1804

Re: 6146-001 (Cates)

                                                         **METRO LEGAL**
                                                         legal support specialists since 1969

                                                                330 2nd Avenue South, Suite 150
                                                                     Minneapolis, MN 55401
                                                                          (800) 488-8994
                                                                       www.metrolegal.com

-1-